■ MARION E. WHEELER, Respondent, v DAVID E. WHEELER, Appellant. — In a matrimonial action, defendant husband appeals (1) as limited by his brief, from so much of an order of the Supreme Court, Westchester County (Isseks, J.), dated June 17, 1983, as assessed child support arrears against him in the amount of $17,900, and (2) a judgment of the same court, dated July 6, 1983, which was entered thereon.

Appeal from the order dismissed (see *Matter of Aho*, 39 NY2d 241, 248).

Judgment affirmed.

Plaintiff is awarded one bill of costs.

Despite the fact that the 1972 judgment of divorce was entered in New York County, venue was properly based in Westchester County where defendant resides (see CPLR 5221, subd [a], par 4).

We find no merit in defendant's other contention. Thompson, J. P., Bracken, Brown and Rubin, JJ., concur.

■ In the Matter of LOLITA B., Respondent, v LEWIS T., Appellant. — In a paternity proceeding, the appeals are from (1) an order of the Family Court, Queens County (Greenbaum, J.), dated January 27, 1984, which, after a hearing, adjudged appellant to be the father of petitioner's child, and (2) an order of the same court dated March 27, 1984, which directed him to pay child support.

Appeal from the order dated January 27, 1984, dismissed (see *Matter of PP. v QQ.*, 64 NY2d 15; *Matter of Commissioner of Social Servs. (Patricia A.) v Philip De G.*, 88 AD2d 911, revd on other grounds 59 NY2d 137; *Nancy V. v Raymond E. C.*, 75 AD2d 599).

Order dated March 27, 1984, affirmed, for the reasons stated by Judge Greenbaum at the Family Court.

Respondent is awarded one bill of costs. O'Connor, J. P., Weinstein, Lawrence and Eiber, JJ., concur.